# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWIN MELENDEZ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1658-Orl-22DAB**

**DETECTIVE SCOTT MASON, and**
**CITY OF KISSIMMEE, FLORIDA,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　　**MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS (Doc. No. 77)**
>
> **FILED:**　　April 4, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The motion fails to comply with Local Rules 3.01(a), 3.01(g), and 3.04(a). Moreover, Plaintiff has failed to include a certificate of service. Lastly, it appears to the Court that Plaintiff has not complied with Rules 26 and 34 of the Federal Rules of Civil Procedure. Plaintiff must first properly request the documents from Defendants, before attempting to obtain an order from the Court.

**DONE** and **ORDERED** in Orlando, Florida on April 11, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties