**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDWIN MELENDEZ,**

        **Plaintiff,**

**-vs-**                                                               **Case No. 6:05-cv-1658-Orl-22DAB**

**DETECTIVE SCOTT MASON, and**
**CITY OF KISSIMMEE, FLORIDA,**

        **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO COMPEL (Doc. No. 79)**
>
> **FILED:** April 18, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

As noted by Plaintiff, this Court denied Plaintiff's previous motion to compel, noting that it did not comply with Local Rules 3.01(a), 3.01(g), and 3.04(a). Moreover, Plaintiff had failed to include a certificate of service. Inexplicably, these same deficiencies are present in the instant motion and compel the same result. Plaintiff's pro se status does not excuse him from compliance with the rules of the Court. To the extent Plaintiff seeks a ruling on the merits of his motion, he *must* read and comply with the local rules cited *and* he must confer with Defendants as to the substance of the

motion, serve a copy of the motion on Defendants, and include a certificate of service indicating that he has done so.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties