**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDWIN MELENDEZ,**

            **Plaintiff,**

**-vs-**                                          **Case No. 6:05-cv-1658-Orl-22DAB**

**DETECTIVE SCOTT MASON, and**
**CITY OF KISSIMMEE, FLORIDA,**

            **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:  MOTION TO COMPEL PRODUCTION OF DOCUMENTS (Doc. No. 87)**
>
> **FILED:     August 7, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

To the extent the motion seeks production of documents, it is denied as untimely. The discovery deadline has passed. Moreover, while Plaintiff contends that he "requested" certain documents, because the motion does not comply with Local Rule 3.04(a), it is not clear whether he has done so in the context of a formal Request for Production, an interrogatory, a deposition, or even a public records request. Absent the context and Defendant's response, the motion is due to be denied on its merits.

To the extent the motion contains matters arguably in response to the pending motion for summary judgment, the denial is without prejudice to the District Court's consideration of these matters with respect to that motion.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties