# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWIN MELENDEZ,**

**Plaintiff,**

**-vs-**                                                        **Case No.  6:05-cv-1658-Orl-22DAB**

**DETECTIVE SCOTT MASON, and**
**CITY OF KISSIMMEE, FLORIDA,**

**Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to the direction of the District Judge (Doc.  No.  92), the undersigned set a status

conference and Final Pretrial Conference for November 29, 2007 at 1:30 p.m.. Despite receipt of the

Notice,[1] Plaintiff did not attend.  It also appears that Plaintiff has failed to participate in the pretrial

process (Doc.  No.  91) and has failed to complete and timely file the required Joint Final Pretrial

Statement.  As such, it appears that Plaintiff has abandoned this cause.

It is therefore **respectfully recommended** that the case be **DISMISSED** for failure to comply

with the Case Management and Scheduling Order, failure to attend the status conference and Final

Pretrial Conference, and failure to prosecute.

---

[1]Plaintiff moved to continue the conference, which the Court denied for failure to comply with Local Rule 3.01(g) (Doc. Nos. 94, 95). Although the denial was without prejudice to renewal of the motion upon compliance with the rule, defense counsel represented at the conference that Plaintiff did not contact him with respect to the motion, and no renewed motion was filed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 29, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy